UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>                     Plaintiff,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>                     Defendants. | No. 08 Civ. 10838 (RJS)<br>ORDER<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/13/09 |
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>                     Plaintiffs,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>                     Defendants. | No. 09 Civ. 4463 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

     The Court conducted a status conference in this matter on August 13, 2009. For the reasons stated on the record, IT IS HEREBY ORDERED THAT, by September 11, 2009, the parties shall submit a joint letter regarding the status of their efforts to resolve these matters. If necessary, the submission should also: (1) set forth the parties' views regarding whether the respective pleadings in both of the above-captioned matters could be consolidated into individual, amended pleadings that would proceed in a single case with one docket number; and (2) propose a revised case management plan and discovery schedule.

SO ORDERED.

Dated:    August 13, 2009
             New York, New York

                                                             RICHARD J. SULLIVAN
                                                            UNITED STATES DISTRICT JUDGE