```
      CC7MGILC
```

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   GILEAD SCIENCES, INC. and
     EMORY UNIVERSITY,
 4
                  Plaintiffs,
 5
            v.                              08 Civ. 10838 (RJS)
 6
     TEVA PHARMACEUTICALS USA, INC.
 7   and TEVA PHARMACEUTICAL
     INDUSTRIES LIMITED,
 8
                  Defendants.
 9
     ------------------------------x
10                                          New York, N.Y.
                                            December 7, 2012
11                                          4:05 p.m.

12   Before:

13                   HON. RICHARD J. SULLIVAN,

14                                          District Judge

15                         APPEARANCES

16   FITZPATRICK CELLA HARPER & SCINTO
          Attorneys for Plaintiffs
17   BY:  COLLEEN TRACY
          PETER D. SHAPIRO
18
     KENYON & KENYON
19        Attorneys for Defendants
     BY:  JAMES W. GALBRAITH
20        MARIA L. PALMESE
          KAREN SHEN
21

22

23

24

25
```

1           (Case called)

2           MS. TRACY:  Good afternoon, your Honor, Colleen Tracy

3   for Gilead Sciences.  I'm here with my colleague, Peter

4   Shapiro, also for Gilead Sciences.

5           THE COURT:  Good afternoon.

6           And for the defendants?

7           MR. GALBRAITH:  Jim Galbraith, Kenyon & Kenyon, for

8   the defendants, and with me is Maria Palmese and Karen Shen.

9           THE COURT:  And you're all on the docket sheet, I

10  think, right?

11          MR. GALBRAITH:  Yes.

12          THE COURT:  Yes.  Good afternoon to each of you.

13          I should be on permanent retainer to you, folks.

14          We have a trial scheduled for February, another for

15  June, and now you're asking for one in this case for some time

16  after August, right?  I guess I can accommodate it.

17          To what extent will the verdicts in the first two

18  cases have implications for this case and the trial in this

19  case?

20          Anybody?  Ms. Tracy or Mr. Galbraith.

21          MR. GALBRAITH:  Decisions in the first two cases --

22  let me back up.  There are three drugs involved.  All three

23  drugs contain the compound called minus beta FTC, which is the

24  subject of this case that we are here about today.  It is

25  implicated in all three drugs.  So a decision adverse to Teva

1   would be those three drugs.

2           But the decisions in the other two cases, because they

3   would probably be sort of nonfinal at the time that this case

4   was tried, in other words, your Honor would decide them and

5   there would probably be an appeal, so they would still be in a

6   state of flux, so they would have no direct impact on a trial

7   of this case, unless that trial were put off until say 2014.

8           THE COURT:  Even that's optimistic, probably, for the

9   circuit.

10          Let's see what we can schedule.  You agree with that,

11  Ms. Tracy?

12          MS. TRACY:  Yes, your Honor, I agree.

13          And I think it was most fair for Mr. Galbraith to

14  speak to that point since it's his client's plans to

15  commercialize the products that would impact whether or not the

16  FTC trial would be necessary, even after the two trials that

17  would take place beforehand.

18          THE COURT:  Let's see what we got after August 1.  I

19  think it may need to be sort of early fall instead.

20          MR. GALBRAITH:  Your Honor, I think we had said after

21  August 1.  August would probably be problematical for a trial

22  for a number of reasons, primarily availability of the people,

23  witnesses.

24          THE COURT:  Usually, I figured August is always a

25  tough time to have a trial, but you never know.  But I think

1   September is going to be tough for me, I believe.  How about

2   October 8, would be the day after Columbus Avenue?

3              How long a trial this would be?  Bench trial, right?

4   How many days?

5              MS. TRACY:  Yes, your Honor, it is a bench trial.  And

6   I would anticipate, although I have not had a chance to confer

7   with Mr. Galbraith on this issue, the trial would last about

8   five trial days.

9              THE COURT:  That is using my nonjury trial method of

10  affidavits.

11             MS. TRACY:  Correct.  We will also, as we told you at

12  the beginning of these cases, there will be some overlap.  And

13  so we will minimize the overlap from what we have heard in the

14  TDF case and the FTC case, so we may be even able to streamline

15  it a little bit more.

16             THE COURT:  That sounds fine.  I think probably we

17  should wait until we get a little closer before I set the

18  schedule for submissions.  We should at least see what happens

19  in the first one.  Maybe I should ask the parties to make a

20  submission in -- when is the second trial?

21             MR. GALBRAITH:  June 24, your Honor.

22             THE COURT:  This will be determined when I issue a

23  ruling on the first trial.  I will send you something in the

24  late spring to just say, anything we need to talk about,

25  anything that's changed?  And then I'll set a scheduling order

CC7MGILC

1   for the October trial around then.  But you can lock in the
2   trial date, I'll do the same.  So October 8 will be the trial
3   in this case.
4               MS. TRACY:  Thank you, your Honor.
5               MR. GALBRAITH:  Thank you, your Honor.
6               THE COURT:  Anything else we should cover today?  Any
7   more trials we should schedule?
8               MS. TRACY:  We don't have anything else from
9   plaintiffs, your Honor.
10              MR. GALBRAITH:  Nothing for the defendants.
11              THE COURT:  I feel guilty having five lawyers here for
12  a five-minute conference, but always good to see you.  Have a
13  nice weekend.  Enjoy the holidays.
14              MS. TRACY:  We will actually see you in a week, your
15  Honor, next Friday.
16              THE COURT:  Let me thank the court reporter as always
17  for his time and efforts.
18                                o0o
19
20
21
22
23
24
25